IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ARKANSAS SOUTHEAST TITLE, INC.**                                        **PLAINTIFF**

v.                              **CASE NO. 2:25-CV-00158-BSM**

**SCARLETT CITADEL, LLC** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE